734 A.2d 859

**Cynthia CLARK, Appellee,**

v.

**PHILADELPHIA COLLEGE OF OSTEOPATHIC MEDICINE, et al., Appellants.**

Supreme Court of Pennsylvania.

Aug. 27, 1999.

R. Bruce Morrison, Philadelphia, for John P. Simelaro, D.O. and PCOM.

Carole F. Kafrissen, Philadelphia, Thomas R. Schneider, for Cynthia Clark.

Before FLAHERTY, C.J., and ZAPPALA, CAPPY, CASTILLE, NIGRO, NEWMAN and SAYLOR, JJ.

***ORDER***

PER CURIAM:

**AND NOW**, this 27th day of August, 1999, this appeal is dismissed as improvidently granted.